# Exhibit D

## Denny, Julie K.

**From:** Christie Coffey <ccoffey@kaplanlawatx.com>
**Sent:** Tuesday, August 31, 2021 12:16 PM
**To:** Denny, Julie K.
**Subject:** Glenn v. Llano

CAUTION: EXTERNAL EMAIL – Only click links or open attachments from trusted senders.

Good afternoon Julie,

We are attempting to serve Deputy Wilson now that he has been added to the suit. However, we are unable to locate him and understand that counsel is not authorized to accept service. Per Defendant's Disclosures, Deputy Wilson is listed as c/o Michael Shaunessy and Eric Johnston at McGinnis Lochridge. Can you please provide us an address for Deputy Wilson. Thank you!

Sincerely,

**Christie Coffey | Senior Paralegal | Kaplan Law Firm, PLLC**
406 Sterzing, Suite 202 | Austin, TX 78704
Telephone: 512-553-9390 | Fax: 512-692-2788
ccoffey@kaplanlawatx.com | www.kaplanlawatx.com

This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s) you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

Unless expressly stated to the contrary herein, (a) Nothing contained in this message was intended or written to be used, can be used, nor may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that could be imposed upon the taxpayer under the Internal Revenue Code of 1986, as amended; and (b) Any written statement contained herein relating to any federal tax transaction or issue may not be used by any individual or entity to recommend or support the promotion or marketing of any such transaction or issue.