IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JAMES GLENN and JOHNNY SPRADLIN,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **LLANO COUNTY SHERIFF'S OFFICE, OFFICER JACKSON IDOL, OFFICER STEVE SIFFORD, OFFICER SAWYER WILSON, LLANO COUNTY SHERIFF BILL BLACKBURN, and LLANO COUNTY, TEXAS,** | § § § § § § § | CIVIL ACTION NO. 1:21-CV-00006-RP |
| *Defendants*. | § | |

## ORDER GRANTING DEPUTY SAWYER WILSON'S
## RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS

Before the Court is Deputy Sawyer Wilson's Rule 12(c) Motion for Judgment on the Pleadings. After careful consideration of the Motion, Plaintiff Spradlin's response, if any, and the pleadings filed by the parties, the Court is of the opinion that the Motion has merit and should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED that Defendant Deputy Sawyer Wilson's Rule 12(c) Motion for Judgment on the Pleadings is GRANTED;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims in Plaintiffs' Original Complaint, and all amendments thereto, against Defendant Deputy Sawyer Wilson are hereby dismissed with prejudice.

SIGNED this ___ day of _____, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE